| | |
|---|---|
| Andrew B. Zollinger, State Bar No. 24063944 | Brett Ingerman (admitted *pro hac vice*) |
| andrew.zollinger@us.dlapiper.com | brett.ingerman@us.dlapiper.com |
| DLA Piper LLP (US) | Dale K. Cathell (admitted *pro hac vice*) |
| 1900 North Pearl Street, Suite 2200 | dale.cathell@us.dlapiper.com |
| Dallas, Texas 75201 | DLA Piper LLP (US) |
| Telephone:     (214) 743-4500 | 650 South Exeter Street, Suite 1100 |
| Facsimile:     (214) 743-4545 | Baltimore, Maryland 21202 |
| | Telephone:     (410) 580-3000 |
| *Counsel for the Defendants* | Facsimile:     (410) 580-3001 |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>Goodman Networks, Inc.,<br><br>           Debtor, | Case No. 22-31641-mvl<br><br>Chapter 7 |
| Scott M. Seidel, Trustee,<br><br>           Plaintiff,<br><br>v.<br><br>MSouth Equity Partners III, L.P., et al.,<br><br>           Defendants. | Adversary Case No. 24-03037-mvl |

**COMBINED NOTICE OF (I) HEARING ON DEFENDANTS'
MOTION TO DISMISS TRUSTEE'S ORIGINAL COMPLAINT AND (II) STATUS
CONFERENCE ON DEFENDANTS' MOTION TO WITHDRAW THE REFERENCE**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On May 24, 2024, Scott M. Seidel (the "Trustee"), as chapter 7 trustee of Goodman Networks, Inc. (the "Debtor") filed the Trustee's Original Complaint [Docket. No. 1] (the "Complaint") against MSouth Equity Partners III, L.P., 1Path Managed Services, LLC, Onepath ITDS Holdings, LLC, Onepath ITDS Buyer, Inc., Onepath Holdings, LLC, Onepath Holding Corporation, Blue Wave Computing, LLC, Onepath Systems of NC, LLC, Direct Resources, LLC, Internet & Telephone, LLC, and Paradigm Computer Consulting, Inc. (collectively, the "Defendants") in the United States Bankruptcy Court for the Northern District of Texas.

2. On July 15, 2024, the Defendants filed the *Defendants' Motion to Dismiss Trustee's Original Complaint* [Docket No. 15] (the "Motion to Dismiss").

3. On July 24, 2024, the Defendants filed the *Defendants' Motion to Withdraw the Reference* [Docket No. 16] (the "Motion to Withdraw").

4. The hearing to consider the Motion to Dismiss is scheduled to be held before the Honorable Michelle V. Larson, United States Bankruptcy Judge, at the Earle Cabell Federal Building, United States Courthouse, 1100 Commerce Street, 14th Floor, Courtroom No. 2, Dallas, Texas 75242-1496 (the "Bankruptcy Court"), on **August 29, 2024 at 1:30 p.m. (CDT)** (the "Hearing"), or at such other time as the Bankruptcy Court may determine.

5. A status conference in connection with the Motion to Withdraw will be held at the Bankruptcy Court concurrently with the Hearing.

Dated: August 2, 2024　　　　　　　　Respectfully submitted,
　　　　 Dallas, Texas

**DLA PIPER LLP (US)**

　/s/  Andrew B. Zollinger
Andrew B. Zollinger, State Bar No. 24063944
1900 North Pearl Street, Suite 2200
Dallas, Texas 75201
Telephone:　(214) 743-4500
Facsimile:　(214) 743-4545
Email: andrew.zollinger@us.dlapiper.com

-and-

Brett Ingerman (admitted *pro hac vice*)
Dale K. Cathell (admitted *pro hac vice*)
650 Exeter Street, Suite 1100
Baltimore, Maryland 21202
Telephone:　(410) 580-3000
Facsimile:　(410) 580-3001
Email:　brett.ingerman@us.dlapiper.com
　　　　 dale.cathell@us.dlapiper.com

*Counsel for the Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY certify that, on this 2nd day of August 2024, I electronically filed the foregoing *Combined Notice of (I) Hearing on Defendants' Motion to Dismiss Trustee's Original Complaint and (II) Status Conference on Defendants' Motion to Withdraw the Reference* with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all parties requesting such service.

                                                    /s/ Andrew B. Zollinger
                                               Andrew B. Zollinger (TX Bar No. 24063944)